**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **DANIA YULISSA REYES-ORELLANA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-02029-DB** |
| | § | |
| **WARDEN OF THE EL PASO SERVICE** | § | |
| **PROCESSING CENTER,** *et al.*, | § | |
| **Respondents.** | § | |

**ORDER ON STIPULATION OF DISIMISSAL**

On this day the Court considered Petitioner Dania Yulissa Reyes-Orellana's and Federal Respondents' "Stipulation to of Dismissal," ("Stipulation") filed on August 21, 2026. ECF No. 4. In this Stipulation, the parties move to dismiss the entire petition, ECF No. 1, without prejudice. *Id.* After due consideration, the Stipulation is granted.

Accordingly, **IT IS HEREBY ORDERED** the "Stipulation to of Dismissal," ECF No. 4, is **GRANTED**.

**IT IS FURTHER ORDERED** the case is **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** this **24th** day of **August 2026.**

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**